The People of the State of New York, Appellant, v. Frank Koeperski and Others, Respondents.— Order of the County Court of Kings county affirmed. There is no evidence that the complaining witness appeared at the original trial. There is acceptable evidence that he did not appear. A question of fact was thus made for the County Court. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Carla Sutera, as Administratrix, etc., of Francesco Sutera, Deceased, Appellant, v. Anchor Line, Limited, Respondent.— Order reversed, judgment vacated, and motion granted, and the plaintiff is permitted to serve an amended complaint within twenty days upon payment of all costs to date, including ten dollars costs of the motion. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, Appellant, v. David A. Sullivan and Others, Defendants, Impleaded with Elizabeth R. Putney (Deceased), Stephen M. Randall and Another, Respondents.— Order in so far as appealed from reversed, with ten dollars costs and disbursements, and motion to bring in the said respondents by supplemental summons and complaint, as defendants in the action, granted, upon the ground that as to the respondents the six years' limitation imposed by section 120 of chapter 369 of the Laws of 1914* was in effect and applicable when the motion was made, and that such limitation began to run only after the expiration of the thirty-day period provided by section 80 of that act,* upon the authority of *Hulbert* v. *Clark* (128 N. Y. 295, 297); *Sackheim* v. *Pigueron* (215 id. 62, 73); *Handy* v. *Draper* (89 id. 334). (See, also, *Van Tuyl* v. *Schwab*, 172 App. Div. 670, 674.) Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

Francis A. Weisbecker and Others, Respondents, v. Muller Paper Goods Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

Alfred A. Whitman, Appellant, v. Charles L. Munnich and Willis H. Munnich, Respondents.— Judgment and order affirmed, with costs.— No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

Anna Wilson, Respondent, v. Fishkill Electric Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

---

* Banking Law (Consol. Laws, chap. 2; Laws of 1914, chap. 369), § 120; Id. § 80.— [Rep.